FILED
Mar 12 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. CSABA JOHN CSUKÁS | **CASE NUMBER:** 3:24-cr-00152 WHO CR |
| **Is This Case Under Seal?** | Yes ✔   No |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Colin Sampson | **Date Submitted:** 3-12-24 |
| **Comments:** | |

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED

Mar 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CSABA JOHN CSUKÁS

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 249(a)(2) - Hate Crimes

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 12th day of

March, 2024

Clerk

Bail, $ Arrest Warrant

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

**FILED**

Mar 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.   3:24-cr-00152 WHO |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 249(a)(2) - Hate Crimes |
| v. | ) |
| CSABA JOHN CSUKÁS, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges:

1.      At all times relevant to this Indictment, Defendant CSABA JOHN CSUKÁS was an individual who resided in the Northern District of California.  CSUKÁS worked as a driver for an app-based rideshare company ("Company A").

2.      On or about October 26, 2023, CSUKÁS was hired through Company A to drive S.B. from San Francisco International Airport to S.B.'s home in San Jose, California.  At the predetermined pickup location, CSUKÁS approached S.B., asked S.B. if he was Jewish or Israeli, stated that he would not transport a Jewish or Israeli person in his vehicle, and attacked S.B. by striking him in the face with his right fist, causing bodily injury.

INDICTMENT                                                          1

3.  On or about October 26, 2023, in the Northern District of California, the defendant,

CSABA JOHN CSUKÁS,

during the course of S.B.'s international travel for business and during S.B.'s use or attempted use of a channel and instrumentality of interstate commerce, specifically, an internet-based rideshare service, did willfully cause bodily injury to S.B. because of the actual and perceived religion and national origin of any person, namely S.B., whom the defendant perceived to be Jewish and Israeli.

All in violation of Title 18, United States Code, Section 249(a)(2).

DATED: 3/12/2024                                        A TRUE BILL.

/s/

_____
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

/s/ Colin Sampson

_____
COLIN SAMPSON
Assistant United States Attorney

INDICTMENT                                2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 249(a)(2) - Hate Crimes

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Ten Years Imprisonment;
Three Years Supervised Release;
$250,000 Fine; and
$100 Special Assessment

### DEFENDANT - U.S

▶ CSABA JOHN CSUKÁS

DISTRICT COURT NUMBER
3:24-cr-00152 WHO

**FILED**
Mar 12 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Colin Sampson

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments: