JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal. Bar No. 242797
ELISSE LAROUCHE Cal. Bar No. 308533
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Csukás

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 24–152 WHO |
| Plaintiff, | **Defendant's Second Amended Witness List** |
| v. | |
| **Csaba John Csukás,** | |
| Defendant. | |

The defense hereby submits a second amended list of potential witnesses in the above-captioned case. The defense will decide whether and how to present a defense case after the government presents its case. The defense reserves the right to amend this list prior and during trial as necessary.

    1.    **Csaba John Csukás**. Testimony regarding events that occurred on or about October 26, 2023.

    2.    **Michael Portman**. Mr. Portman is an investigator with the San Francisco Federal Public Defender's Office and interviewed key witnesses and reviewed video and images from

October 26, 2023.

3. **Arslan Ibrahimi.** A character witness for Mr. Csukás.

4. **Emin Karimov.** A character witness for Mr. Csukás.

5. **Seymur Yusibov.** A character witness for Mr. Csukás.

6. **Buzura Aizezi.** A character witness for Mr. Csukás.

7. **Greg Cramer.** A character witness for Mr. Csukás.

8. **Desiree Dahdah.** A witness for Mr. Csukás.

9. **Celestine Susi**. Testimony regarding Reddit account associated with Mr. Csukás.

10. **Payton Barnes**. Testimony regarding Lyft, Lyft's policies, and the Lyft platform.

11. **Fidel Gonzalez.** Testimony regarding responding to a call for service on October 26, 2023.

12. **James Shafer.** Testimony regarding Mr. Csukás' work at Facebook and character witness.

Dated:    October 22, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　　/S
CANDIS MITCHELL
ELISSE LAROUCHE
Assistant Federal Public Defender

DEF.'S 2ND AMENDED WITNESS LIST
*CSUKÁS*, CR 24–152 WHO

2