**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 24-cr-00152-WHO-1
Case Name: USAv. Csukas

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Colin Sampson and Lia Rettammel | DEFENSE ATTORNEYS: Candis Mitchell and Elisse M. Larouche |
|---|---|---|
| **TRIAL DATE: 10/29/2024** 8:01 a.m. to 12:40 p.m. 3:31 a.m. to 4:04 p.m. 5 hours 12 minutes | **REPORTER:** Ruth Levine Ekhaus | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Counsel discuss admission status of Exhibit 126. The Court confirms that it is admitted. Government expresses concern regarding lack of notice as to the anticipated content of the defense witness testimony. The Court is open to government request for time to adequately prepare for cross examination. |
| 126 | | | | X | Audio Recording, 911 Call from Victim S.B. on 10-26-2023; Admitted per clarifying bench directive |
| | | 8:06 a.m. | | | Court in recess |
| | | 8:42 a.m. | | | Court in session (jurors present) |
| | | 8:43 a.m. | | | Government direct examination of Kathleen Millspaugh |
| 58 | | 8:50 a.m. | X | X | TMobile Account Information for Csaba Csukás; Admitted without objection |
| 74-1 | | 8:55 a.m. | X | X | Reddit Page, User Csaba John Csukás; Page 1 only admitted |
| 82 | | 8:59 a.m. | X | X | Reddit Repost: "Pro-Israeli woman in London attacks people supporting Palestinians" (10/25/2023); Admitted without objection |
| 83 | | 9:05 a.m. | X | X | Video from Reddit Repost: "Pro-Israeli woman in London attacks people supporting Palestinians" (10/25/2023); Admitted without objection |
| | | 9:07 a.m. | | | Defense cross examination of Kathleen Millspaugh (Mitchell) |
| | | 9:15 a.m. | | | Government rests; Defense preserves Rule 29 rights |
| | | 9:17 a.m. | | | Proceedings briefly suspended |
| | | 9:23 a.m. | | | Defense direct examination of **John Csaba Csukas** (Mitchell) |
| | 79 | 9:36 a.m. | X | X | Reddit Repost: "How Western Leaders & Media Are Justifying Israel's "Genocidal Campaign" Against Palestinians" (10/15/2023); Admitted without objection |

1

Case No: 24-cr-00152-WHO-1
Case Name: USA v. Csukas
Date: October 29, 2024
Courtroom Deputy: Jean Davis            - Court Reporter:    Ruth Levine Ekhaus

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 77 | 9:38 a.m. | X | X | Reddit Repost: "Gaza: The world's largest prison" (10/15/2023); Admitted without objection |
| | 72 | 9:43 a.m. | X | X | Video from YouTube Post: "10k protesters marching on Market St in San Francisco, CA in solidarity with Gaza, Palestine" (10/15/2023); Admitted without objection |
| | | 10:23 a.m. | | | Court in recess |
| | | 10:42 a.m. | | | Government cross examination of **John Csaba Csukas** (Rettammel) |
| | | 11:18 a.m. | | | Defense redirect of **John Csaba Csukas** (Mitchell) |
| | 152 | 11:26 a.m. | X | X | Photograph; Admitted, objection overruled |
| | | 11:30 a.m. | | | Government follow up examination |
| | | 11:32 a.m. | | | Defense follow up examination |
| | | 11:32 a.m. | | | Government follow up examination |
| | | 11:33 a.m. | | | Defense direct examination of **Alexandria Dameria Whyllie** (LaRouche) |
| | | 11:35 a.m. | | | Government cross examination of **Alexandria Dameria Whyllie** (Sampson) |
| | | 11:40 a.m. | | | Defense redirect of **Alexandria Dameria Whyllie** (LaRouche) |
| | | 11:42 a.m. | | | Witness excused |
| | | 11:44 a.m. | | | Jurors excused<br>Attorneys discuss disclosure issues and other witness concerns |
| | | 11:50 a.m. | | | Court in recess |
| | | 12:03 p.m. | | | Court in session (jury present)<br>Defense direct examination of **James Shafer** (Mitchell) |
| | | 12:15 p.m. | | | Government waives redirect; witness excused |
| | | 12:16 p.m. | | | Defense direct examination of **Nash Ashumov** (LaRouche) |
| | | 12:25 p.m. | | | Government waives cross examination; witness excused |
| | | 12:26 p.m. | | | Defense direct examination of **Gregory Douglas Caudle Cramer** (Mitchell) |
| | | 12:32 p.m. | | | Government cross examination of **Gregory Douglas Caudle Cramer** (Sampson) |
| | | 12:33 p.m. | | | Defense waives redirect; witness excused<br>Defense rests |
| | | 12:33 p.m. | | | Government waives rebuttal presentation |

Case No: 24-cr-00152-WHO-1
Case Name: USA v. Csukas
Date: October 29, 2024
Courtroom Deputy: Jean Davis   - Court Reporter:   Ruth Levine Ekhaus

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:34 p.m. | | | The Court advises jurors of the schedule through close of the trial and deliberations and reminds them of the prior admonitions |
| | | 12:37 p.m. | | | Jurors excused |
| | | 12:37 p.m. | | | Defense heard as to Rule 29 claims |
| | | 12:40 p.m. | | | Court in recess |
| | | 3:31 p.m. | | | Court in session (jurors out) Jury instruction conference conducted and additional Rule 29 argument |
| | | 4:04 p.m. | | | Court in recess |

3