# NITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cr-00152-WHO-1
Case Name: USAv. Csukas

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | Colin Sampson and Lia Rettammel | Candis Mitchell and Elisse Larouche |
| **TRIAL DATE:  10/30/2024** | **REPORTER:** | **CLERK:** |
| 8:01 a.m. to 10:25 a.m.<br>11:46 a.m. to 11:54 a.m.<br>2:48 p.m. to 2:53 p.m.<br>2 hours, 37 minutes | Ruth Levine Ekhaus | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out)<br>Counsel heard as to jury instructions and appropriate content of closing statements |
| | | 8:21 a.m. | | | Court in recess |
| | | 8:37 a.m. | | | Court in session (jurors present)<br>Court presents final jury instructions |
| | | 8:56 a.m. | | | Government closing statement (Rettammel) |
| | | 9:15 a.m. | | | Defense closing statement (Mitchell) |
| | | 9:57 a.m. | | | Government rebuttal closing (Sampson) |
| | | 10:01 a.m. | | | |
| | | 10:22 a.m. | | | Jury excused to begin deliberations |
| | | 10:24 a.m. | | | Alternates excused with the thanks of the Court |
| | | 10:25 a.m. | | | Court in recess |
| | | 11:46 a.m. | | | Court in session (jurors out)<br>Counsel heard as to Jury Note 1; Court provides written response to jurors |
| | | 11:54 a.m. | | | Court in recess |
| | | 11:55 a.m. | | | Jurors suspend deliberations for lunch |
| | | 12:35 p.m. | | | Jurors resume deliberations |
| | | 2:48 p.m. | | | Court in session (jurors present) |
| | | 2:49 p.m. | | | Verdict published |
| | | 2:50 p.m. | | | The Court thanks the jurors for their service and excuses them |
| | | 2:53 p.m. | | | Trial adjourned |